IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY J. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3233 |
| | ) | |
| v. | ) | |
| | ) | |
| ABM INDUSTRIES, INC., ABM SECURITY SERVICES, INC., SECURITY SERVICES OF AMERICA, L.L.C., SSA SECURITY, INC., SILVERHAWK SECURITY SPECIALISTS, INC., any and all d/b/a SILVERHAWK SECURITY SPECIALISTS, LAVERN THOMASON, ROGER BENSON, and BRENDA THOMPAS, | ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) ) | |

Counsel for the parties have filed a Stipulation to Dismiss Without Prejudice (filing 29), stating that the court may dismiss "Betty Brown's Complaint, and any amendments thereto, and any causes of action against Defendants ABM Industries, Inc., ABM Security Services, Inc., Security Services of America, LLC, and Silverhawk Security Specialists, Inc. without prejudice . . . . The parties further stipulate and agree that SSA Security, Inc., d/b/a Silverhawk Security employed Ms. Brown during the relevant time periods and, therefore, is the only proper corporate Defendant in the above-captioned case."[1]  Accordingly,

---

[1] The language of the parties' stipulation does not address individual defendants Lavern Thomason, Roger Benson, and Brenda Thompas. Therefore, this order does not dismiss these individual defendants.

IT IS ORDERED:

1. Defendants ABM Industries, Inc., ABM Security Services, Inc., Security Services of America, L.L.C., and Silverhawk Security Specialists, Inc., are dismissed from this action without prejudice, complete record waived, with each party to pay their own court costs, pursuant to the agreement of the parties (filing 29);

2. Defendant SSA Security, Inc., d/b/a Silverhawk Security is the only proper corporate defendant in this case;

3. The Clerk of the United States District Court for the District of Nebraska shall terminate the parties' Stipulation to Dismiss Without Prejudice (filing 29) as a pending motion on the court's internal computerized record-keeping system.

March 24, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge