IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY J. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3233 |
| | ) | |
| v. | ) | |
| | ) | |
| SSA SECURITY, INC., LAVERN THOMASON, ROGER BENSON, and BRENDA THOMPAS, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the court's order of May 4, 2009, (filing no. 34), the plaintiff was given thirty days to either properly serve or move to dismiss defendant Brenda Thompas, and to either move to dismiss or for move for default and default judgment against defendant Robert Benson. (See filing no. 34, ¶¶ 14 & 15). The plaintiff has not complied. Accordingly,

IT IS ORDERED:

1) Plaintiff is given until July 16, 2009 to show cause why her claims against Brenda Thompas should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, in the absence of which plaintiff's claims against this defendant will be dismissed without further notice.

2) Plaintiff is given until July 16, 2009 to show cause why her claims against Robert Benson should not be dismissed for want of prosecution,

in the absence of which plaintiff's claims against this defendant will be dismissed without further notice.

DATED this 6th day of July, 2009.

>BY THE COURT:
>
> *s/Richard G. Kopf*
> United States District Judge