IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY J. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3233 |
| | ) | |
| v. | ) | |
| | ) | |
| SSA SECURITY, Inc., LAVERN THOMASON, ROGER BENSON, and BRENDA THOMPAS, | ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The plaintiff was given until July 16, 2009 to show cause why her claims against Brenda Thompas should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, and why her claims against Roger Benson should not be dismissed for want of prosecution. The plaintiff has failed to respond. Accordingly,

IT IS ORDERED:

1) Plaintiff's claims against Brenda Thompas are dismissed pursuant to Federal Rule of Civil Procedure 4(m) and for want of prosecution.

2) Plaintiff's claims against Roger Benson are dismissed for want of prosecution.

DATED this 17th day of July, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge