THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY J. BROWN, | ) | 4:08CV3233 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| SSA SECURITY, INC. d/b/a | ) | |
| SILVERHAWK SECURITY and | ) | |
| LAVERN THOMSEN, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the joint stipulation for dismissal with prejudice (filing 42) filed by remaining defendants SSA Security, Inc., d/b/a Silverhawk Security and Lavern Thomsen; the court's prior order dismissing defendants ABM Industries, Inc., ABM Security Services, Inc., Security Services of America, L.L.C., and Silverhawk Security Specialists, Inc., without prejudice (filing 31); the court's prior order dismissing defendants Brenda Thompas pursuant to Fed. R. Civ. P. 4(m) and for want of prosecution and defendant Roger Benson for want of prosecution (filing 37); and Fed. R. Civ. P. 41,

IT IS ORDERED that the above-captioned case is dismissed in its entirety, with each party to bear their own costs.

DATED this 11th day of February, 2010.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge